**Order entered December 23, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00844-CV

### JAMES BELL MCCOY, Appellant

### V.

### CRAIG WATKINS, ET AL., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-13955-B

## ORDER

We **GRANT** appellant's December 19, 2014 motion for an extension of time to file an amended brief. Appellant shall file an amended brief by January 19, 2015.

/s/     ELIZABETH LANG-MIERS
          JUSTICE